# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MICHAEL ALLEN CERVANTES**  **PLAINTIFF**
**#202401292**

v.                              No: 3:24-cv-00125-DPM-PSH

**MATT BELL,** *et al.*                              **DEFENDANTS**

## ORDER

Having reviewed Plaintiff Michael Allen Cervantes' complaint (Doc. No. 2) for screening purposes,[1] the Court finds that service is appropriate with respect to his claims against Deputy Matt Bell and Dr. Carter in their individual capacities. The Clerk of the Court shall prepare summonses for these defendants. The United States Marshal is hereby directed to serve a copy of the complaint (Doc. No. 2) and a summons on each defendant without prepayment of fees and costs or security therefor. Service should be attempted on Bell through the Randolph County Sheriff's office, and on Dr. Carter through the Greene County Sheriff's office.[2]

---

[1] The Prison Litigation Reform Act (PLRA) requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A.

[2] If the defendant is no longer a County employee, the individual responding to service must file a **SEALED** statement providing the unserved defendant's last known private mailing address.

IT IS SO ORDERED this 21st day of August, 2024.

_____
UNITED STATES MAGISTRATE JUDGE