IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICHAEL ALLEN CERVANTES
#202401292                                                                                    PLAINTIFF

v.                          No. 3:24-cv-125-DPM-PSH

MATT BELL, Sheriff's Deputy and
Detention Officer, Randolph County
Sheriff's Office and Detention Center;
KEVIN BELL, Sheriff, Randolph County
Sheriff's Office; TONYA POFF, Jail
Administrator, Randolph County
Detention Center; and A. CARTER,
Doctor/Medical Provider, Greene County
Detention Center                                                                            DEFENDANTS

ORDER

On *de novo* review, the Court adopts Magistrate Judge Harris's partial recommendation, *Doc. 5*, and overrules Cervantes's objections, *Doc. 8*. Fed. R. Civ. P. 72(b)(3). First, the Court appreciates Cervantes's clear and careful writing. Second, Cervantes may be correct that the Randolph County Detention Center has policies and training on the use of restraining chairs. But treating those allegations as true, he has not alleged that his constitutional rights were violated because of an official custom, policy, or practice, or were due to some failure to train. To the contrary, Cervantes alleges that Deputy Matt Bell *intentionally* used

excessive force against him in retaliation for something he said. *Doc. 2 at 6-7.* Those inconsistent claims are mutually exclusive.

Cervantes's official capacity claims are dismissed without prejudice for failure to state a claim. His claims against Sheriff Kevin Bell and Administrator Poff in their individual capacities are dismissed without prejudice, too. The Court directs the Clerk to terminate Sheriff Kevin Bell and Administrator Poff as defendants in this action.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

18 September 2024