IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICHAEL ALLEN CERVANTES**     **PLAINTIFF**
**#202401292**

v.     No: 3:24-cv-00125-DPM-PSH

**MATT BELL,** *et al.*     **DEFENDANTS**

## ORDER

Plaintiff Michael Allen Cervantes filed a Declaration for Entry of Default requesting that default be entered against all defendants (Doc. No. 13).[1] His request is DENIED. The Court notes that Sheriff Kevin Bell and Administrator Poff have been dismissed as defendants in this case. Defendant Matt Bell was served on September 28, 2024, and has timely filed an answer. *See* Doc. Nos. 11-12. There is no evidence that defendant Dr. A. Carter has been served at this time – the summons was issued on August 22, 2024, but has not yet been returned executed. Once the United States Marshals have effectuated service on Dr. Carter (or if they are

---

[1] Federal Rule of Civil Procedure 55 contemplates a two-step process for the entry of default judgments. First, pursuant to Rule 55(a), the party seeking a default judgment must have the Clerk enter the default by submitting the required proof that the opposing party has failed to plead or otherwise defend. Second, pursuant to Rule 55(b), the moving party may seek entry of judgment on the default under either subdivision (b)(1) or (b)(2) of the rule. *See Dahl v. Kanawha Inv. Holding Co.,* 161 F.R.D. 673, 683 (N.D. Iowa 1995). The Court emphasizes that entry of default is separate from default judgment – one must occur before the other. *See Johnson v. Dayton Elec. Mfg. Co.*, 140 F.3d 781, 783 (8th Cir. 1998).

unsuccessful in doing so), they will file a return of service and Cervantes will be mailed a copy.

 IT IS SO ORDERED this 28th day of October, 2024.

             _____
             UNITED STATES MAGISTRATE JUDGE