IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICHAEL ALLEN CERVANTES**  **PLAINTIFF**
**#202401292**

v.  No: 3:24-cv-00125-DPM-PSH

**MATT BELL,** *et al.*  **DEFENDANTS**

## ORDER

The Court has determined that service of process on Dr. Anthony Carter in his individual capacity is appropriate. *See* Doc. No. 4. A summons has been returned unexecuted as to Dr. Carter (Doc. No. 17), but the Court has since received service directions. The Clerk of the Court shall prepare a summons for Dr. Carter. The United States Marshal is hereby directed to serve a copy of the complaint (Doc. No. 2) and summons on him without prepayment of fees and costs or security therefor. Service should be attempted on Dr. Carter through Alexandra G. Ah Loy, Hall, Booth, Smith, P.C., 6301 Waterford Boulevard, Suite 200, Oklahoma City, OK 73118.

IT IS SO ORDERED this 23rd day of January, 2025.

_____
UNITED STATES MAGISTRATE JUDGE