IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICHAEL ALLEN CERVANTES
ADC #601673                                                          PLAINTIFF

v.                        No. 3:24-cv-125-DPM-PSH

MATT BELL, Sheriff's Deputy and
Detention Officer, Randolph County
Sheriff's Office and Detention Center;
and ANTHONY CARTER,
Doctor/Medical Provider, Greene County
Detention Center                                                     DEFENDANTS

ORDER

Unopposed partial recommendation, *Doc. 52*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Motion to dismiss, *Doc. 46*, denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 July 2025