**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**MICHAEL ALLEN CERVANTES**                                    **PLAINTIFF**
*ADC #601673*

**v.**                              **No: 3:24-cv-00125-PSH**

**MATT BELL,** *et al.*                                    **DEFENDANTS**

## ORDER

Plaintiff Michael Allen Cervantes filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on July 22, 2024, while incarcerated in the Greene County Detention Center (Doc. No. 2). He subsequently filed two notices of his address changes and was most recently incarcerated at the Arkansas Division of Correction's Cummins Unit. *See* Doc. Nos. 38 & 44.

Defendants Matt Bell and Anthony Carter have filed motions for summary judgment (Doc. Nos. 67-69 & 71-73). The Court entered an order notifying Cervantes of his opportunity to file a response in opposition to these motions (Doc. No. 74). Cervantes did not respond. Mail sent to Cervantes at his address of record was subsequently returned as undeliverable with a notation that he had been paroled. *See* Doc. No. 77. On March 18, 2026, the Court entered a text order directing Cervantes to provide notice of his current mailing address no later than thirty days from the entry of the March 18 text order (Doc. No. 78). Cervantes was warned that

his failure to provide a current mailing address may cause his complaint to be dismissed. *Id.* A printed version of the text order was sent to him at his last known address but was also returned as undeliverable. Doc. No. 79.

More than 30 days have passed, and Cervantes has not complied or otherwise responded to the March 18 order. Accordingly, Cervantes' complaint is dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders.[1] *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion). The Defendants' motions for summary judgment (Doc. Nos. 67 & 71) are denied as moot.

IT IS SO ORDERED this 21st day of April, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] In its initial order to Cervantes, the Court notified him of his duty to promptly notify the Clerk and the parties of any change in his address. The Court also notified Cervantes that if any communication from the Court to him is not responded to within 30 days, his case may be dismissed without prejudice. Doc. No. 3.