## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**MICHAEL ALLEN CERVANTES**                                    **PLAINTIFF**
*ADC #601673*

**v.**                          **No: 3:24-cv-00125-PSH**

**MATT BELL,** *et al.*                                        **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 21st day of April, 2026.

_____
UNITED STATES MAGISTRATE JUDGE